**STATE of Missouri, Respondent,**

v.

**Larry L. BRINGUS, Appellant.**

**No. WD 42285.**

Missouri Court of Appeals,
Western District.

May 1, 1990.

Timothy D. Ernst, Dist. Public Defender, Fifth Judicial Circuit, St. Joseph, for appellant.

Michael A. Insco, Pros. Atty., Carol C. Barnett, Dwight K. Scroggins, Jr., Asst. Pros. Attys., St. Joseph, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from conviction of sexual abuse in the third degree, § 566.120, RSMo 1986,

and from sentence of six months' confinement and $500 fine.

Affirmed. Rule 30.25(b).

**Keith D. HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41982.**

Missouri Court of Appeals,
Western District.

May 1, 1990.

Gregory C. Wells, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).